UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
NOV 10 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

MELVIN FRANK SHERMAN,           )
                                )
            Plaintiff,           )
                                )
     v.                          )     Civil Action No. 11-1341
                                )
U.S. DEPARTMENT OF JUSTICE,      )
                                )
            Defendant.           )

## MEMORANDUM OPINION

The Court has allowed the above-captioned action to be provisionally filed. Before the Court would consider the plaintiff's complaint and application to proceed *in forma pauperis*, plaintiff was directed to submit a certified copy of his trust fund account statement (or institutional equivalent), including the supporting ledger sheets, for the six-month period immediately preceding the filing of this complaint, obtained from the appropriate official of each prison at which plaintiff is or was confined. 28 U.S.C. § 1915. To date, plaintiff has not submitted the required information. Accordingly, the Court will deny his application to proceed *in forma pauperis* and will dismiss the complaint without prejudice.

An Order accompanies this Memorandum Opinion.

DATE: 11/8/2011

/s/ Beryl A. Howell
United States District Judge